UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RON BARACK, ET AL., | No. 10-50975 |
| Plaintiffs, | District Judge Paul D. Borman |
| v. | Magistrate Judge R. Steven Whalen |
| AMERICAN HONDA MOTOR COMPANY, INC., ET AL., | |
| Defendants. / | |

**ORDER**

For the reasons and under the terms stated on the record on September 21, 2010, non-party TRW Vehicle Safety System Inc.'s ("TRW") Motion to Quash Plaintiff's Subpoena is GRANTED IN PART AND DENIED IN PART.

The request to quash the deposition subpoena for TRW's representative is denied. However, that deposition will take place after the deposition of Defendant Honda's representative, which is now scheduled for September 30, 2010.

Within 30 days of September 30, 2010, TRW will produce documents responsive to Plaintiff's subpoena. However, production will be limited to those pertaining to the 2006 Honda Odyssey. Plaintiff's request for documents as to other vehicles is denied without prejudice.

All documents produced will be subject to the protective order entered in the

underlying litigation in the District of Connecticut.

      IT IS SO ORDERED.


                                                    S/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2010

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 22, 2010.


                                                      S/G. Wilson
                                                    Judicial Assistant